Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

FILED ☒___ *cas*___D.C.

2005 OCT 28  PM 5: 03

CLERK, U.S. ...
W.D. OF ...

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

JAMES GRAY

Crim. No. 2:04CR20082

On May 20, 1991 the above named was placed on Supervised Release for a period of Five (5) Years. He has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that he be discharged from Supervised Release.

Respectfully submitted,

Daryl K. Butler
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this __Oct.__ ~~day of~~ '27, 2005.

Jon P. McCalla
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-31-05__

③

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CR-20082 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT